# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

ASHOK REDDY

DEFENDANT.

**WARRANT FOR ARREST**

**M-06- 724**

CASE NUMBER:

TO: Special Agent Linda Gaitan _____, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __ASHOK REDDY__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**conspiring to distribute and possess with intent to distribute narcotics**

In violation of Title __21__ United States Code, Section(s) __841(a)(1)__

The Hon. Robert M. Levy | United States Magistrate Judge
Name of Issuing Officer | Title of Issuing Officer

RML

Signature of Issuing Officer

July 10, 2006; Brooklyn, New York
Date and Location

Bail fixed at $ _____ By _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |